```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Victor TR Djangmah.,

        Plaintiff,

  -against-

Lt. John Doe, NYC PD 52nd Pct.,

        Defendant.
------------------------------------------------------------X

08 Civ. 4027 (PAC) (FM)
**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| **X** | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| ____ | Habeas Corpus | ____ Social Security |
| ____ | Settlement: | **X** Dispositive Motion (i.e. motion requiring a Report and Recommendation) |

===============================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
      May 7, 2008

SO ORDERED

*/s/ Paul A. Crotty*

PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Victor TR Djangmah
( # 2410718233)
Port Isabel Det. Center
279 Buena Vista Blvd.
Los Fresnos, TX 78566

1