UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Victor TR Djangmah,                                     :

                    Plaintiff,                         :        **ORDER**

             -v.-                                    :        08 Civ. 4027 (PAC)(FM)

Lt. John Doe, NYC PD 52nd Pct.,             :

                  Defendant.                       :

-------------------------------------------------------------------x

**FRANK MAAS, United States Magistrate Judge.**

       The complaint in this matter was filed <u>pro se</u> by the incarcerated plaintiff on April 29,

2008, naming "Lt. John Doe, NYC PD 52nd Pct." as a defendant. The action is brought pursuant

to 42 U.S.C. § 1983 and alleges that several officers severely beat the plaintiff after placing him

under arrest.

       Under <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997), this Court has the obligation to

assist the plaintiff in obtaining the information necessary to effectuate service. Because of that

obligation, the Court hereby ORDERS Corporation Counsel, who serves as the attorney for and

agent of the New York City Police Department, to provide to the plaintiff the names and service

addresses of any lieutenants involved in plaintiff's arrest so that the plaintiff may amend his

complaint and take the steps necessary to serve a summons in order that the United States

Marshal may promptly effectuate service on a specifically-identified individual. This

information shall be provided to the plaintiff by letter on or before May 30, 2008, with a copy to

the undersigned. Additionally, Corporation Counsel shall send a letter to the Court on or before

May 19, 2008, indicating that it is in receipt of this Order.

        SO ORDERED.

Dated: May 12, 2008
       New York, New York

                                      FRANK MAAS
                         United States Magistrate Judge


Copies to:

Hon. Paul A. Crotty
United States District Judge

Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

Victor TR Djangmah (#2410718233)
Port Isabel Det. Center
279 Buena Vista Blvd.
Los Fresnos, TX 78566