```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED: 9/3/08      │
└─────────────────────────┘
```



**MEMO ENDORSED**

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KATHERINE E. SMITH
*Assistant Corporation Counsel*
Tel.: (212) 513-0462
Fax: (212) 788-9776

September 2, 2008

**BY FACSIMILE**
Honorable Frank Mass
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-6724

Re: Victor TR Djangmah v. Lt. John Doe, NYC PD 52 Pct., et al,
08 Civ. 4027 (PAC)(FM)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division at the Office of the Corporation Counsel assigned to handle the defense of the above-referenced matter. In that capacity, I write in furtherance of today's telephone conversation with Your Honor's law clerk, during which she instructed this office to inform the Court and plaintiff whether defendants have received plaintiff's medical releases.

As way of background, the Court directed this office to ascertain the full names of the police officers who were involved in the December 13, 2007 incident alleged by plaintiff, and to provide plaintiff with addresses where these police officers could be served with copy of the summons and complaint. This office requested, and was granted, sixty (60) days to and including July 30, 2008, in which to comply with the Valentin Order. On July 30, 2008 this office provided plaintiff with the contact information for Officer Falcione, an officer who may have been involved incident alleged in plaintiff's complaint. By Order dated August 6, 2008, the Court instructed plaintiff to file and serve an amended complaint naming Officer Falcione by September 5, 2008.

This office is in receipt of plaintiff's letter dated July 15, 2008, in which plaintiff transmitted executed and notarized medical releases. As such, we are presently in receipt of plaintiff's medical release and are in the process of obtaining his records.

Finally, I write to respectfully apprise the Court that plaintiff's updated contact information is not reflected on the docket sheet. Upon information and belief plaintiff's updated contact information is: Victor TR Djangmah (427-900-75), Willacy Detention Center, 1800 Industrial Drive, Raymondville, Texas 78580.

*[Handwritten memo endorsement on right margin:]* The Clerk of the Court is respectfully requested the new docket sheet to reflect the change of address. MAM 9/3/08

I thank Your Honor for considering the within matter.

Respectfully submitted,

Katherine E. Smith
Assistant Corporation Counsel
Special Federal Litigation

cc: Victor TR Djangmah (427-900-75)
Willacy Detention Center
1800 Industrial Drive
Raymondville, Texas 78580

2