United States District Court

Southern District Court of New York

........................................X

Victor T.R. Djangmah :

:

        Plaintiff,     **PLAINTIFF'S PROPOSD PRETRIAL ORDER**

                                 **08 Civ. 4027 (PAC) (FM)**

    -against- :

OFFICER FALCIONE, et al.,

        Defendants :

........................................X

## NATURE OF THE CAUSE

Mr. Djangmah, "Plaintiff" hereby bring action pursuant to 42 U.S.C § 1983, of unlawful, unwarranted stop, false arrest, malicious prosecution, false imprisonment, excessive use of unwarranted force, infringement of his liberty, life, and pursuit of happiness, nevertheless; a clear violation of his Fourth, Fourteenth Amendment Rights, and the bill of Rights.

### 1. JURY/GRAND JURY

Plaintiff hereby, requests the Court to allow grand jury hears his testimony before the panel. However, plaintiff anticipates several days but two days is not enough to prepare for trial.

### 2. PLAINTIFF'S PROPOSD STIPULATED FACTS

*Plaintiff proposes to stipulate to the following facts*:

1. By way of brief background, on or about late night and early morning hours of December 12th to 13th, 2007 as plaintiff exercise his unalienable rights of life, liberty, and pursuit of happiness in his private conveyance.
2. Officer Falcione and Co-Defendants' assumed with No lawful warrant and under probable cause have no legitimate excuse to unlawfully stop plaintiff.
3. Plaintiff was pulled over by a silver late model unmarked vehicle, believed to be a law enforcement with an emergency red flashing light on center of dashboard. While giving a mutual friend a ride home.
4. Defendant's 'Officer Falcione with his partners approached plaintiff's vehicle. Neither Defendant nor Co-Defendant introduced themselves as Peace officers.
5. Officer Falcione first initial question to plaintiff was "how much are you buying"
6. Plaintiff did not acknowledge defendants' question as to what that means; however second John Doe, on passenger side interrupted by asking how much horsepower is the vehicle; while John Doe 2, also asking me as to what am doing the Bronx in this area with a New Jersey Plates.
7. Plaintiff respectfully and comely responded to having the authority to possess that vehicle as is a family vehicle.
8. Plaintiff was ask to produce documentation for the vehicle, as Partner checks and verified his documentation.
9. Plaintiff was ordered to step out of his private conveyance and ordered to the back of vehicle while plaintiff's passenger was search and was asked to leave the area.
10. As plaintiff friend and bystanders watch; was going to be a heinous, unforgettable evening of plaintiff's night.
11. As plaintiff's friend was instructed to exit the vehicle, Plaintiff requested politely to Defendants' to identify themselves.
12. Plaintiff then was pulled out of his private 'vehicle' by defendants' and ordered to the back of his car by instructing plaintiff to place both hands on defendants' hood of their vehicle.
13. John Doe 1 & 2 proceeded to unlawfully without plaintiff consent search his vehicle; plaintiff clearly voices his rights to not be searched under the Fourth Amendment.

14. Defendants' response was "I don't care I can do what want we are in charge" at which point Defendant Michael Falcione told his partners he is clear.
15. John Doe 1 had a long tool believed to be approximately 11 to 12 inches and attempted to break through my trunk.
16. Plaintiff tried to point towards the direction of vehicle trunk release.
17. At which point, plaintiff's head was smashed against the hood and pinned against and was cuffed, not only the opposite of the cuffed but improperly and other defendant started to twist plaintiff's wrist upward.
18. Plaintiff due process was violated; with respect to his first, fourth, Fifth eighth and the fourteenth Amendments' to the United States Constitution.
19. Plaintiff became hysterical, screaming and yelling for help as he feared for his life at which defendants' proceeded to shut plaintiff down by hitting plaintiff in the ribs and started to take turns to kick plaintiff on the ground.
20. Plaintiff observed a higher ranking officer that told Plaintiff "Shut the fuck up" and proceeded to assault plaintiff with the excuse of searching for coke.
21. Plaintiff's testicles were squeezed till he almost passed out by giving them their silence. He was put in the back sit of the police vehicle and slammed the door on plaintiff several times.
22. Plaintiff was in extreme excruciating pain. Plaintiff continued to yell to have them open and adjust his leg and the cuffs.
23. Plaintiff was dragged from the end of the other door with the cuffs directly on the cold concrete floor on that freezing night as bystanders watch and chant to stop abusing me physically.
24. Plaintiff was subsequently transported to St. Barnabas Hospital. Plaintiff was further assaulted on the way to the hospital by twisting plaintiff ankle as EMT lady take vital signs.
25. Defendants did not disclose to the doctor of the alleged assault and gruesome brutality they have done to plaintiff. Defendants' told hospital staff to just clean plaintiff off.

## 3. PLAINTIFF'S CONTENTIONS

**Plaintiff Djangmah sets forth the following defenses:**

1. Officer Falcione and 'Co-Defendants' cannot show that defendant' did have authority under the law to unlawfully arrest plaintiff.
2. Defendants' cannot show
3. Defendants' cannot show that plaintiff possess some sort of a weapon upon searching him against his will, when he was first dragged out of his private conveyance.
4. Officer Falcione cannot show that plaintiff had a realistic opportunity of escaping to use excessive force after his been cuffed and in close proximity with several other defendants'.
5. Plaintiff had every right to resist any unlawful arrest from his aggressor." It is the law of self-defense and self-preservation that is applicable. "One has and "unalienable" right to protect his life, liberty, or property from unlawful attack or harm. Adarns v. State, 121 Ga 163, .E. 910 (1904)
6. Plaintiff's common contentions with respect to as this incident could be avoided that night. However; it is a serious thing to arrest someone, and is more serious thing to search his person; and he who accomplishes it, must do so in conformity to the law of the land
7. Plaintiff further attests that there are two reasons for this; his opinion and many others as practically. One, to avoid bloodshed, and the other to protect, preserve the liberty of the citizen. Therefore, Officer Falcione and Co-defendants' are NOT exempt from its mandates.
8. Defendant's Falcione and Co-defendants cannot use immunity as a defense to justify what they did to plaintiff simply because they did not at any point in time act in the scope of their limited authority.
9. Defendants' cannot show he had a reason to believe other than his personal opinion that Plaintiff had committed some sort of a crime or his automobile to have geared motivation to use excessive force.

10. Officer Falcione cannot prove or show that he did not understand what "Due Process" is as a Peace officer who claims to know and enforce the law.
11. Defendants' cannot show and prove that as plain cloths officers, they never took the oath of office and that they belong to a special elite group or untouchables with special privileges.
12. Officer Falcione and co-defendants' have in clear language as a matter of law violated Plaintiffs rights in every way from Due Process, to Bill of Rights, and privileges and immunities under the constitution and all laws of the United States and State of New York and all political subdivision thereof further more to over throw the United States Government.

### 4. ISSUES TO BE TRIED

Mr. Djangmah, "Plaintiff" several unanswered issues as to defendant sole issue is to what authority does defendant have or possess to use unimaginable, unwarranted use of unnecessary force when clearly Plaintiff did not have any sort of weapon on possession and did not commit a crime.

Officer Falcione and co-defendants does not have unlimited authority and unfettered discretion above any law to carry out their duties. For instance, you cannot legally be subjected to a search of your person or your property without reasonable suspicion or a warrant.

Plaintiff excising his life, liberty in his own private conveyance at that hour of the night is not a reasonable suspicion to go after anyone, as per the law as he took an Oath of office only to protect, preserve and defend is Defendants main Job description, of why he choose to serve. Defendants' had plenty of time on their hands at which point I was presumed cleared with my license to let me free. Officer Falcione and partners including their high ranking officer not only choose to torment me as "do you know who Diallo is; as they took turns to assault me.

Plaintiff will also show that it's not the first time. As a pardon with Officer Falcione having assaulted others to the cause of dead with his partner and was supposedly placed on desk duties.

Plaintiff will also show that defendant' has a major problem during the end of the year; with respect to either financial problem, emotional or work related. Defendant is liable for the use of unwarranted, unnecessary force where he and co-defendants observed, participated and fails to intercede.

### 5. PLAINTIFF'S EXHIBITS

A. Recent certified copies of plaintiff medical records from New Bridge Services, Inc.
B. Plaintiff also reserves the right to use any exhibits entered into evidence by defendant.

### 7. PROPOSED STIPULATIONS AND OBJECTIONS TO EXHIBITS

Plaintiff Djangmah proposes to not stipulate copies of plaintiff medical records and other institutions' plaintiff sort help in recovery process. They are all certified and true copies from plaintiff doctor.

### PLAINTIFF WITNESS LISTS

1. Victor T.R. Djangmah -    Plaintiff
2. Arlene Miskar            -    Spouse
3. Roger Djangmah           -    Brother
4. Lydia Laryea             -    Auntie
5. Ruth Aryee               -    Mother
6. Devon Chambers           -    Eye Witness Friend
7. Eli Ivan                 -    Witnessed and photographed

### PLAINTIFF 'S MOTIONS IN LIMINE

Motion to include all evidence of prior CCRB, or IAB complaints, Work log book, and Facebook records against defendant Falcione.

## RELIEF SORT

In the interest of justice, Due process is the legal requirement that the state must respect all of the legal rights that are owed to a person. When a form government harms a person without strictly following legal requirements, this alone constitute a "Due Process violation".

However, documentations such as the Bill of Rights, The congressional records, Civil Rights Acts clearly show in plain English language, as plaintiff did not write these laws. It cannot be clearly emphasized enough without reasonable doubt that reasonable impartial juries will hear the evidence presented to them as fellow people.

Plaintiff's prayer relief sort is solely in the hands of the juries. Where taking into account as to what transpired for 'Defendant' Falcione and partner with several officers to infringe upon his life, liberty, and pursuit of happiness, without due process of law. Plaintiff's also pray that what happen to him on late night of December 12, 2007; that no one deserves to be treated as "Defendant/s' Officer Falcione did to Plaintiff. As juries are presented with the law of the land and, Not Corporate law. Finally, request relief sort from defendants' to apologize to plaintiff.

By: _____

Victor T.R. Djangmah, Sui juries
"All rights Reserve"

Cc:

Pro Se OFFICE
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

**Patrick Beath, Esq.**
**Assistant Corporation Counsel**
**100 Church Street**
**New York, NY 10007.**



## NewBridge Services, Inc.
## PSYCHIATRIC PROGRESS NOTES

**Client Name:** Victor Django  **Case No.** 824785  **DOB** 2/28/72

10/15/10 - Psych eval done. Pt is appropriate for PC. — [signature]

10/20/10. Pt seen for ff-up. Given pt med counseling + med education. Denied any problem at home. Denied hall/del, SI/HI. Appetite good, sleep good. Mood stable. Continue taking meds as prescribed + RTC 4 wks — @ [signature] MD

10/29/10. Called medicaid + stated that this med is not need for authorization. Pharmacy made code as a strictly for nursing home + need to change. Called pharmacist + stated will corrected. To be informed Dr.T. — @/Dr.T

11/17/10. Pt no show/no call — @/Dr Talbo

12/10/10 Saw client as Dr Talbo out sick — no SI/HI — depressed re court cases — attending program. Has enough Depakote liquid — takes Zantac as it gives him heartburn. Script given for Seroquel. Encouraged client to make new appt with Dr Talbo.  Paula Wolder APN

P:\Forms\psych prog. notes 10-07 rev.wpd



NewBridge Services, I[nc.]

## MEDICATION ORDERS

PATIENT'S NAME: VICTOR DJANGM  AH  DOB 2/28/72  CASE # 824785

AXIS I  SAME                              ALLERGY PCN

II _____  PHARM.# (973) 889-3400

III _____  M.D. _____

OTHER MEDICATIONS _____

| DATE | MEDICATION | SIDE EFFECTS | DOCTOR'S NAME |
|---|---|---|---|
| 1/28/11 – 2011 | Depakote level / LFT / Rt. blood work | | [signature] |
| 2/16/11 | R/f 1 – Depakene / Seroquel 100 mg tab. / ref po-h c #30 X 1R / D/C Seroquel XR 100 mg | | [signature] |
| 3/18/11 | Depakene 250 mg divis / ○ tabs. BID (#120 XX R) / – R/f 1 – Seroquel 100 mg  H.S. | | [signature] |
| 4/15/11 | D/C Depakene tabs. / – D/C Seroquel / – Depakene susp. / 250 mg / 500 mg BID / Rt. lab work / Depakene level / LFT Lipid / Urine Drug Screen / Hepatitis / HIV | | [signature] |



# NewBridge Services, Inc.
## MEDICATION ORDERS

PATIENT'S NAME: Victor Djangmah  DOB 2/28/72  CASE # 824785

AXIS I  PTSD, MDD w/ psychotic features   ALLERGY PCN

II  Deferred   PHARM.# CVS – Harburg Pike – 973/835-2400 Wayne

III  F/o of (R) ankle by hx   M.D. _____

OTHER MEDICATIONS  None

| DATE | MEDICATION | SIDE EFFECTS | DOCTOR'S NAME |
|---|---|---|---|
| 10/15/10 | Rx from NBI-OP (Mvh. Beth Israel) | | |
| | – Seroquel XR 50 mg<br>1 po h.s. | | |
| | – Depakene 250mg Susp.<br>2 tsp. BID | hes<br>nppy | [signature] |
| 10/20/10 | Seroquel XR<br>50 mg 2 pm # 60 NR | | [signature] |
| | – Has supply of<br>Valproic syrup<br>250mg/cc — 4 cc<br>in evening | | |
| 12/15/10 | Received Seroquel<br>XR 50 mg 2 hs. # 60<br>Valproic syrup hes<br>tsp 250mg BID | given (see front)<br>hes<br>10/10 by P.Tud— | [signature] |
| | – Continue same meds<br>(2011) | | |
| 1/28/11 | – Seroquel XR<br>150 mg 1 po at hs # 30 | | XR |
| | – Valproic acid syrup<br>250mg/tsp<br>Bottle | | |
| | – Diphenhydramine 250 mg<br>2 po BID # 120 | | [signature] |



NewBridge Services, Inc.

## MEDICATION ORDERS

PATIENT'S NAME: Victor Djangma  DOB 2/28/72  CASE # 824785

AXIS I  PTSD, MDD w/ psych features  ALLERGY: PCN

II  Deferred  PHARM.# CVS - Hamburg Pke - 973,839-3400 Wayne Ave

III  F/o of R ankle by hx  M.D.

OTHER MEDICATIONS  None

| DATE | MEDICATION | SIDE EFFECTS | DOCTOR'S NAME |
|---|---|---|---|
| 10/15/10 | Rx from NBI OP — Seroquel XR 50 mg po hs — Depakene 250mg syrup 2 tsp BID | has supply | |
| 10/20/10 | Seroquel XR 50 mg 2 PM # 60 NR — Has supply of Valproic syrup 250 mg/cc 4 cc in evening | | |
| 12/10/10 | Seroquel XR 150 mg ii po Q #8 #60 NR Valproic Syrup - has supply  Paula Coos APN | | |

Client's Name: Victor Djangmah
Case No.: 324785
Psychiatrist: N.B. Tatho MD
Date: 4/15/11

Lab Work  ____
Physical   ____
AIMS completed ____

I. **Present Complaint:** When asked how he is doing he said "so so. I forget my appts. My mood goes up & down."

II. **Course of Treatment (including psych/medical, hospital, legal, or social problems):** Pt has had periods of anxiety & [illegible]. Has not been attending PC regularly. Has not been taking meds as prescribed. Has been taking care of his legal problems. Tried to work but was fired. No [illegible] this past 6 mos. Has denied [illegible] substance abuse.

III. **Current Mental Status:** Alert, ambulatory & oriented to person, place & appropriately dressed. [illegible] & cooperative. Affect [illegible] but appropriate. Mood [illegible] - he said that his mood goes up & down depending on how his matters is going. No S/I or H/I. No auditory or visual hallucinations. Denies [illegible]. Memory - speech, J. & I. - poor.

IV. **DX - DSM IV**
   Axis I: MDD, recurrent, PTSD, Cannabis Abuse
   Axis II: Deferred
   Axis III: [illegible]
   Axis IV: Legal problems
   Axis V: 45

V. **Recommendation and Treatment:**
1) Continue PC attendance 2-3x/week
2) Continue psychotherapy
3) Medication consulting
4) Keep appointments
5) [illegible] lab work & prolactin level
6) [illegible]

_Tatho MD_                4/15/11
Psychiatrist's/APN's Signature        Date

F:\WPDATA\FORMS\PC Psych eval update 2007.wpd



**NewBridge Services, Inc.**
**PSYCHIATRIC PROGRESS NOTES**

Client Name: Victor Djangmah  Case No. 324785  DOB 2/28/72

12/15/10 - Pt seen today for emergency visit. "I was pull over by a cop" as he reported. Claim he was using pot 3-4 wks ago. Advice pt not use on the drugs, especially if his taking meds. Review any side effect by med. Gave pt med counseling + med education, also informed him need to attend PC program. Pt stated hearing voices but denied SI/HI. Continue taking meds as prescribed. Seroquel XR 50mg 2hs; Valproic Syrup 250mg TBID. RTC 4 wks ——— (signature)

1/14/11 — Failed w/apm

1/21/11 — Failed w/apm

1/28/11 — Pt. seen today. A/O×4, ambulatory & oriented ×3. Calm & cooperative. Stated that he has been busy w/ his legal problems & he has also been looking for a job. He is still feeling stressed w/ difficulty focusing and his g.f. said that he is still easily angry although he does not realize that. He denied SI + HI. Denied ca/l + hal. He claims to be taking his meds. He feels the Seroquel has been helping him sleep but requested an inc. because his body is getting used to it & he had to take an extra pill to help him sleep. He has not been taking the Depakene as

P:\Forms\psych prog. notes 10-07 rev.wpd

(signature)



**NewBridge Services, Inc.**
**PSYCHIATRIC PROGRESS NOTES**

Client Name: Victor Djong___   Case No. 824785   DOB 2/28/72

10/15/10 - Psych eval done. Pt is appropriate for PC. —[signature]

10/20/10 - Pt seen for ff-up. Given pt med counseling + med education. Denied any problem at home, denied hall/dell, SI/HI. Appetite good, sleep good, mood stable. Continue taking meds as prescribed + RTC 4 wks —[signature]

10/29/10 - Called medicaid + stated that this med is not need for authorization. Pharmacy made code as a strictly for nursing home + need to change. Called pharmacist + stated will corrected. To be informed Dr. T. —[signature]/Dr. T

11/17/10 - Pt no show / no call —[signature]/Dr Talbo

12/15/10 - Pt seen today for emergency. Pt stated that he got pull over by a cop, also pt claimed that he is not taking meds but then he use got 3-4 wks ago as he reported. Advice pt to not to use drugs, especially if he's taking meds. Also advice him to keep coming/attending to PC program. Denied depression, but claims was hearing voices. Denied SI/HI. Given pt med counseling + education. Continue taking meds as prescribed. Seroquel XR 50 y 2hs, Valproic Syrup 250 y TBID. Denied any side effect of meds. RTC 4 wks —[signature]



**NewBridge Services, Inc.**
**PSYCHIATRIC PROGRESS NOTES**

Client Name: Victor Djang__ Case No. 324785 DOB 2/28/72

1/28/11 (cont'd)
as prescribed. He has only been taking it in the evening. Rec. to take it as prescribed and to take the pills instead of the liquid since he complained of upset stomach when he takes it. Also explained the need for Depakote level in his blood for it to work. Pt. agreed to the pills. Also ordered blood work, Dep. level, LFT. Denied substance abuse. Reminded of the dangers of combining drugs, alcohol w/ his meds. RTC - 8 wks. ___

2/11/11 - Cancelled appt. ___

2/16/11 "I'm having problem c̄ my medi medicaid is not covered" as pt reported. Denied any problem at home. Still feeling depressed, mood stable. Denied SI/HI. Not sleeping good; appetite good. Denied any substance abuse or drinking alcohol. Gave pt med counseling + med education. Recommended to have BW done for Depakote level. Continue taking meds as prescribed. RTC 8wks. ___
___

F:\WPDATA\FORMS\psych prog. notes 10-07 rev.wpd



**NewBridge Services, Inc.
PSYCHIATRIC PROGRESS NOTES**

Client Name: Victor Djamonmeh    Case No. 824785    DOB 2/28/72

3/18/11 - Pt. was late for his appt. Claims he had a call to report for work + had to go back + change (from) into his uniform. Pt. denies dep. ↓E + ↓I ↑O libido + sleep. Complains of difficulty focusing + being forgetful. Denied any side effects of meds. Continue present meds. RTC - 4 wks mlbry

4/15/11 - Psych Update done. Not taking meds as prescribed. Stopped working bec. he has been fired for being late + not coming to work regularly. D/C Buspirone due to poor compliance + to Abilify. Less confused on Depakote but c/o'd d/c Lexapro. Pt. can't swallow big pills. Dec. RTC - 12 wks. Lab work requested. mlbry

4/19/11 - Returned p.c. of Stacy - SW from Public Defenders' Office in Conor. L.M.   mlbry

4/19/11 - Social Worker Stacy A. returned p.c. Stated that they need a written report on pt's treatment + progress for his defense lawyer. He has been charged w/ threatening a department. Did not give name of person who charged pt. Written report received 4/18/11. Will report to mlbry. Madeline before responding. mlay

Orientation  X3  
Appearance  Medium height, well dev., well nourished  
Interview Behavior  Calm, pleasant + cooperative.  
Mood  Feels very depressed, withdrawn, likes to drive by himself  
Affect  Appropriate  
Speech  Spontaneous, coherent + relevant  
Thought Process  Organized  
Illusions  Denied  
Hallucinations — Sees shadows, at times he hears voices yelling. Has horrible dreams. Preoccupied at times w/ legal prob.  
Phobias — Needles  
Obsessions — Denied  
Compulsions — Denied  
Delusions — Feels people are going to attack him  
Suicidal/Homicidal Ideas —  
Sensorium — Alert  
Memory — Recent ⎫ Decreased  
Remote ⎭  
Attention & Concentration  Decreased  
Judgment — Fair  
Estimated Intelligence  average — Has 2 yrs. college  
Insight  fair  

Diagnosis (DSM-IV):  
Axis I  PTSD, Major Depressive Dx. Single Episode w/ psy- chotic features, Cannabis Abuse  
Axis II  Deferred  
Axis III  Fracture of (L) ankle by tx.  
Axis IV  Incarceration + legal problems  
Axis V  45  

Client's Assets to be utilized in Treatment (including their expressed interests, strengths and goals):  
1) Cooperative + motivated  
2) Family Support  
3)  

Recommendations:  
1) Attend PC 3-5x/week  
2) Psychopharmacotherapy  
3) Addiction Counseling + monitoring  

Psychiatrist/APN's Signature [signature]   Date 10/15/10

F:\WPDATA\FORMS\Initial Psych Evaluation 2007.doc



## NEWBRIDGE SERVICES, INC.
## INITIAL PSYCHIATRIC EVALUATION

324785

Client's Name: Victor Djangmah
Case Number: 324785
Psychiatrist: N. B. Tatbo MD
Date: 10/15/10

**Identification:** Pt. is a 38 yr. old, Ghanaian M. who appears his stated age.

**Presenting Symptom/Problems:** "Racing thoughts, I can't focus. I used to hear voices, 2 days it came back."

**History of Present Illness:** Pt. said that he has been having the above symptoms for 2 yrs. It started when he was detained in N.Y.C. when he was pulled to the side by the police & was searched. In the process he said that he was beaten up & he was charged w/ many & false charges. He was brought to the hosp. B/c of his physical injury & while there, drug tests was done & it was negative. So when he went to court the judge dismissed the charges. (cont.)

**Past Psychiatric History & Family Psychiatric History:** No previous psych treatment other than stated above. Denies psych, drug or alcohol hx in his family. Pt. came to U.S. in 1992 as a permanent resident. Has filed for citizenship but he did not go for the swearing in the 1st time. He filed the 2nd & he hasn't heard the date of filing. Parents are divorced — since pt. was 17. Mother lives in UK & father lives in Ghana. He has 2 bros. & 2 sisters. Pt. was married & divorced. They have 3 children. They live w/ their mother.

**Legal or Social Problems:** Legal problems - as stated above. Attended 2 yr. college in US. Worked in restaurants & hotel & he is a union member. Has not been able to find work. He is receiving unemployment. He has medicaid.

**Drug or Alcohol:** Started marijuana by age 19 - (used in cooking at home) Denied alcohol abuse. No other drugs.

**Developmental Milestones:** No known dev. problems. Pt. was born premature - 3 mos.

**Past & Current Medical History** (Allergy, Infectious Diseases, TB, HIV, etc.) and current meds: Was stabbed on the stomach in 1997 during a car jacking of his car. S/P of fracture of (L) ankle. No other medical problems. Allergy - pork, dust & PCN. Head injury & single seizure. No tx. Takes vitamins. ('2 seizures while in detention in Texas') No other.

He was then charged w/ violation of parole w/ 1 of marijuana w/c was in 2007. He was then shipped to PA & then to Texas bec. he was an immigrant & not a US citizen. They were trying to deport him but bec. he had family here & he has been here since 1992 he just served time in Texas for 20 mos. He went on a hunger strike for 17 days & finally they released him bec. also his country was not accepting deported citizens. He has been having flashbacks of this his ordeal in the jails. He was released 10/15/09.— He went to Hackensack for consultation & he was referred to NYC where again he was hosp. at NYC Presbyterian Hosp. He was to. w/ Risperdal Depakote. He was referred to Beth Israel for follow-up where he was given Risperdal & Zyprexa. He stopped the Zyprexa bec. it was making him too drowsy. He was then referred to NB since he lives in Riverdale.

---

Legal (cont'd)
Pt. filed a lawsuit against the NYC Police Dept.—



08 Civ. 4027 (PAC)(FM)
Victor T.R. DJANGMAH
12 POST Lane
Riverdale, NJ 07457

CERTIFIED MAIL
7012 3050 0000 6465 8957

Pro Se OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007